**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **OSCAR STIVENS CORREA SIERRA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 6:26-cv-03700-MDH** |
| | ) | |
| **JASON JOHNSON, *et al.*,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER OF DISMISSAL

Before the Court is Respondents' Motion to Dismiss for Mootness.[1] (Doc. 4). Respondents state that Petitioner departed from the United States on October 18, 2026, due to a grant of voluntary departure obtained through an administrative proceeding. The Court therefore finds that Petitioner's Petition for Writ of Habeas Corpus is moot. It is hereby **ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: November 2, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

[1] Petitioner names former Greene County Sheriff Jim Arnott in his Petition. The case caption has been corrected to reflect the current Green County Sheriff, Jason Johnson.